## HARRIS ET AL. *v.* ROGERS ET AL.

[No. 9,078.    Filed June 29, 1916.]

From Clay Circuit Court; *John M. Rawley*, Judge.

Action between Curtis Harris and others and Ira Rogers and another.

From a judgment for the latter, the former appeals.    *Affirmed.*

*Carey L. Harrel* and *Walker & Blankenbaker,* for appellants.
*Webster V. Moffett* and *McGregor & Harris,* for appellee.

McConnell *v.* Prest-O-Lite Co.—62 Ind. App. 697.

FELT, J.—The facts in this case are substantially the same, and the law questions presented are identical with those decided in *Harris* v. *International Steel & Iron Construction Company* (No. 9,079), *ante* 64, 112 N. E. 532, decided by this court this term. On the authority of that decision the judgment in this case is affirmed.